**No. 60875.**—Orient Expert Trading Company *v.* United States, protest 271101–K (New York).

Opinion by DONLON, J.   The protest was dismissed.

**No. 60876.**—John Runbold *v.* United States, protest 276406–K (New York).

Opinion by DONLON, J.   The protest was dismissed.

**No. 60877.**—Albert Dickinson Company *v.* United States, protest 286234–K (A) (New York).

Opinion by RICHARDSON, J.   In accordance with stipulation of counsel that the merchandise consists of bird's-foot trefoil seed similar in all material respects to that the subject of *Transcontinental Seed, Inc.* (*Alltransport, Incorporated*) v. *United States* (29 Cust. Ct. 163, C. D. 1462), the claim of the plaintiff was sustained.

DONLON, J., dissented, holding: "As I indicated in *Albert Dickinson Co.* v. *United States*, 35 Cust. Ct. 359, Abstract 59603, I do not concur in the decision in *Transcontinental Seed, Inc.* v. *United States*, 29 Cust. Ct. 163, C. D. 1462, the record of which has been incorporated in the record of this case.   In my opinion, the protest should be overruled."

JUNE 10, 1957

**No. 60878.**—C. J. Tower & Sons *v.* United States, protest 217087–K.—C. D. 1872.   Plaintiff's application for rehearing denied.